UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD PIRTLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:15-cv-01069 |
| | ) JUDGE CRENSHAW |
| DRAUGHONS JUNIOR COLLEGE, INC., and DAYMAR HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Defendants' motion to dismiss (Doc. No. 10) is **GRANTED**. Plaintiff's cause of action under the Americans with Disabilities Act is **DISMISSED WITH PREJUDICE**. Plaintiff's state law causes of action are **DISMISSED WITHOUT PREJUDICE**.

This is the final order in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE